# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 5/16/2023 |
| Case: 23–21048–CMB | Form ID: 309A | Total: 115 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Tamarrah Upshaw | 1409 Muldowney Avenue, Apartment 2 | Pittsburgh, PA 15207 | |
| ust | Office of the United States Trustee | Liberty Center. | 1001 Liberty Avenue, Suite 970 | Pittsburgh, PA 15222 |
| tr | Jeffrey J. Sikirica | Law Office of Jeffrey J Sikirica, ESQ | PO Box 13426 | Pittsburgh, PA 15243 |
| aty | Lauren M. Lamb | Steidl & Steinberg  707 Grant Street  28th Floor – Gulf Tower | Pittsburgh, PA 15219 | |
| smg | Pennsylvania Department of Revenue | Bankruptcy Division | P.O. Box 280946 | Harrisburg, PA 17128–0946 |
| smg | Pennsylvania Dept. of Revenue | Department 280946 | P.O. Box 280946 | ATTN: BANKRUPTCY DIVISION  Harrisburg, PA 17128–0946 |
| 15600835 | Affirm, Inc. | 650 California St Fl 12 | San Francisco, CA 94108 | |
| 15600836 | Affirm, Inc. | 650 California St Fl 12 | San Francisco, CA 94108 | |
| 15600837 | Affirm, Inc. | 650 California St Fl 12 | San Francisco, CA 94108 | |
| 15600838 | Affirm, Inc. | Attn: Bankruptcy  650 California St, Fl 12 | San Francisco, CA 94108 | |
| 15600839 | Affirm, Inc. | Attn: Bankruptcy  650 California St, Fl 12 | San Francisco, CA 94108 | |
| 15600840 | Affirm, Inc. | Attn: Bankruptcy  650 California St, Fl 12 | San Francisco, CA 94108 | |
| 15600841 | Allegheny County Criminal Division | 114 Courthouse | 436 Grant Street | Pittsburgh, PA 15219 |
| 15600843 | Ally Financial, Inc | Attn: Bankruptcy | 500 Woodard Ave | Detroit, MI 48226 |
| 15600842 | Ally Financial, Inc | P.o. Box 380901 | Bloomington, MN 55438 | |
| 15600845 | AmeriCredit/GM Financial | Attn: Bankruptcy | Po Box 183853 | Arlington, TX 76096 |
| 15600844 | AmeriCredit/GM Financial | Po Box 181145 | Arlington, TX 76096 | |
| 15600847 | Aspire Credit Card | Attn: Bankruptcy | Po Box 105555 | Atlanta, GA 30348 |
| 15600846 | Aspire Credit Card | Po Box 105555 | Atlanta, GA 30348 | |
| 15600848 | Avant LLC | 222 W Merchandise Mart Plaza | Chicago, IL 60654 | |
| 15600849 | Avant LLC | Attn: Bankruptcy  Po Box 9183380 | Chicago, IL 60691 | |
| 15600851 | Avant/WebBank | 222 North Lasalle Street  Suite 1600 | Chicago, IL 60601 | |
| 15600850 | Avant/WebBank | 222 W Merchandise Mart Plaza | Chicago, IL 60654 | |
| 15600852 | Bernard Christopher John, Esq. | AAS Debt Recovery, Inc. | 2526 Monroeville Blvd., Suite 205 | Monroeville, PA 15146 |
| 15600853 | Bryant State Bank | 500 E. 60th Street North | Sioux Falls, SD 57104 | |
| 15600854 | Bryant State Bank | Attn: Bankruptcy  Po Box 215 | Bryant, SD 57221 | |
| 15600855 | Coastl/prosp | 221 Main Street | San Francisco, CA 94105 | |
| 15600856 | Coastl/prosp | Attn: Bankruptcy Dept  221 Main Street, Ste 400 | San Francisco, CA 94105 | |
| 15600858 | Comenity Bank/Victoria Secret | Attn: Bankruptcy  Po Box 182125 | Columbus, OH 43218 | |
| 15600857 | Comenity Bank/Victoria Secret | Po Box 182789 | Columbus, OH 43218 | |
| 15600860 | Comenity Bank/Zales | Attn: Bankruptcy  Po Box 182125 | Columbus, OH 43218 | |
| 15600859 | Comenity Bank/Zales | Po Box 182120 | Columbus, OH 43218 | |
| 15600862 | Comenity Bk/Ulta | Attn: Bankruptcy Dept  Po Box 182125 | Columbus, OH 43218 | |
| 15600861 | Comenity Bk/Ulta | Po Box 182120 | Columbus, OH 43218 | |
| 15600863 | Continental Finance Co | Pob 8099 | Newark, DE 19714 | |
| 15600865 | Crescent Bank & Trust, Inc. | Attn: Bankruptcy  Po Box 61813 | New Orleans, LA 70161 | |
| 15600864 | Crescent Bank & Trust, Inc. | Po Box 2460 | Chesapeake, VA 23327 | |
| 15600866 | Dept Of Education/neln | Po Box 82561 | Lincoln, NE 68501 | |
| 15600867 | Dept Of Education/neln | Po Box 82561 | Lincoln, NE 68501 | |
| 15600868 | Dept Of Education/neln | Po Box 82561 | Lincoln, NE 68501 | |
| 15600869 | Dept Of Education/neln | Po Box 82561 | Lincoln, NE 68501 | |
| 15600870 | Dept Of Education/neln | Po Box 82561 | Lincoln, NE 68501 | |
| 15600871 | Dept Of Education/neln | Po Box 82561 | Lincoln, NE 68501 | |
| 15600872 | Dept Of Education/neln | Po Box 82561 | Lincoln, NE 68501 | |
| 15600873 | Dept Of Education/neln | Po Box 82561 | Lincoln, NE 68501 | |
| 15600874 | Dept Of Education/neln | Po Box 82561 | Lincoln, NE 68501 | |
| 15600875 | Dept Of Education/neln | Po Box 82561 | Lincoln, NE 68501 | |
| 15600876 | Dept Of Education/neln | Po Box 82561 | Lincoln, NE 68501 | |
| 15600877 | Dept Of Education/neln | Po Box 82561 | Lincoln, NE 68501 | |
| 15600878 | Dept Of Education/neln | Po Box 82561 | Lincoln, NE 68501 | |
| 15600879 | Dept Of Education/neln | Po Box 82561 | Lincoln, NE 68501 | |
| 15600880 | Diehl Automotive | 6181 Steubenville Pike | Mc Kees Rocks, PA 15136 | |
| 15600882 | Discover Financial | Attn: Bankruptcy  Po Box 3025 | New Albany, OH 43054 | |
| 15600881 | Discover Financial | Po Box 30939 | Salt Lake City, UT 84130 | |
| 15600883 | Dustin Lawson | 356 Logan Road | Imperial, PA 15126 | |
| 15600885 | Enhanced Recovery Company | Attn: Bankruptcy  8014 Bayberry Road | Jacksonville, FL 32256 | |
| 15600884 | Enhanced Recovery Company | Po Box 57547 | Jacksonville, FL 32241 | |
| 15600886 | Fingerhut Fetti/Webbank | 13300 Pioneer Trail | Eden Prairie, MN 55347 | |
| 15600887 | Fingerhut Fetti/Webbank | Attn: Bankruptcy  6250 Ridgewood Road | Saint Cloud, MN 56303 | |
| 15600888 | First Access | PO Box 5220 | Sioux Falls, SD 57117–5220 | |
| 15600889 | First National Bank of PA | c/o AAS Debt Recovery Inc. | P. O. Box 129 | Monroeville, PA 15146 |
| 15600890 | First National Bank/Legacy | 500 East 60th St North | Sioux Falls, SD 57104 | |
| 15600891 | First National Bank/Legacy | Attn: Bankruptcy  Po Box 5097 | Sioux Falls, SD 57117 | |

| ID | Name | Address |
|---|---|---|
| 15600892 | First Premier Bank | 3820 N Louise Ave    Sioux Falls, SD 57107 |
| 15600893 | First Premier Bank | 3820 N Louise Ave    Sioux Falls, SD 57107 |
| 15600894 | First Premier Bank | Attn: Bankruptcy    Po Box 5524    Sioux Falls, SD 57117 |
| 15600895 | First Savings Bank | 500 East 60th St North    Sioux Falls, SD 57104 |
| 15600896 | First Savings Bank | Attn: Bankruptcy    P.O. Box 5019    Sioux Falls, SD 57117 |
| 15600897 | First Savings Bank/Blaze | 500 E. 60th Street    Sioux Falls, SD 57104 |
| 15600898 | First Savings Bank/Blaze | Attn: Bankruptcy    Po Box 5096    Sioux Falls, SD 57117 |
| 15600900 | Fortiva | Attn: Bankruptcy    Po Box 105555    Atlanta, GA 30348 |
| 15600899 | Fortiva | Po Box 105555    Atlanta, GA 30348 |
| 15600903 | Genesis FS Card | Attn: Bankruptcy    Po Box 4477    Beaverton, OR 97076 |
| 15600902 | Genesis FS Card | Po Box 4499    Beaverton, OR 97076 |
| 15600901 | Genesis Financial | Po Box 4499    Beaverton, OR 97076 |
| 15600904 | IRS | PO Box 7346    Philadelphia, PA 19101–7346 |
| 15600905 | IRS | PO Box 7346    Philadelphia, PA 19101–7346 |
| 15600906 | Louis John Kroeck, Esq. | 12th Fl. Park Building    355 Fifth Avenue    Pittsburgh, PA 15222 |
| 15600907 | Magisterial District 05-2-27 | Honorable Eugene Ricciardi    Maul Building, Suite 300    1700 East Carson St.    Pittsburgh, PA 15203 |
| 15600908 | Magisterial District Judge 05-2-21 | Honorable Maureen McGraw-Desmet    295 Millers Run Road    Bridgeville, PA 15017 |
| 15600909 | Magisterial District Judge 05-2-23 | Honorable Jack Kobistek    136 Bradford Avenue    Pittsburgh, PA 15205 |
| 15600910 | Magisterial District Judge 05-2-43 | Honorable Carla M. Swearingen    5624 Steubenville Pike    Mc Kees Rocks, PA 15136 |
| 15600912 | Merrick Bank/CCHoldings | Attn: Bankruptcy    P.O. Box 9201    Old Bethpage, NY 11804 |
| 15600911 | Merrick Bank/CCHoldings | Po Box 9201    Old Bethpage, NY 11804 |
| 15600913 | PA Attorney General | 16th Floor    Strawberry Square    Harrisburg, PA 17120 |
| 15600914 | PA Dept. of Revenue | PO Box 280946    Harrisburg, PA 17128–0946 |
| 15600915 | Paac Trans Division Fc | 219 Fort Pitt Blvd    Pittsburgh, PA 15222 |
| 15600916 | Portfolio Recovery Associates, LLC | 120 Corporate Blvd Ste 100    Norfolk, VA 23502 |
| 15600917 | Portfolio Recovery Associates, LLC | Attn: Bankruptcy    120 Corporate Boulevard    Norfolk, VA 23502 |
| 15600918 | Priceline | c/o Barclays Bank Delaware    PO Box 8801    Wilmington, DE 19899–8801 |
| 15600922 | Resurgent Capital Services | Attn: Bankruptcy    Po Box 10497    Greenville, SC 29603 |
| 15600923 | Resurgent Capital Services | Attn: Bankruptcy    Po Box 10497    Greenville, SC 29603 |
| 15600924 | Resurgent Capital Services | Attn: Bankruptcy    Po Box 10497    Greenville, SC 29603 |
| 15600919 | Resurgent Capital Services | C/o Resurgent Capital Services    Greenville, SC 29602 |
| 15600920 | Resurgent Capital Services | C/o Resurgent Capital Services    Greenville, SC 29602 |
| 15600921 | Resurgent Capital Services | C/o Resurgent Capital Services    Greenville, SC 29602 |
| 15600925 | Riva Ridge Real Estate Services, Inc. | 2116 Merriman Way    Pittsburgh, PA 15203 |
| 15600926 | Selfinc/lead | 901 E. 6th Street    Austin, TX 78702 |
| 15600927 | Selfinc/lead | Attn: Bankruptcy    1801 Main St    Kansas City, MO 64108 |
| 15600928 | Seventh Ave/Swiss Colony Inc. | 1112 7th Ave    Monroe, WI 53566 |
| 15600929 | Seventh Ave/Swiss Colony Inc. | Attn: Bankruptcy    1112 7th Ave    Monroe, WI 53566 |
| 15600931 | Spring Oaks Capital, Llc | Attn: Bankruptcy    P.O. Box 1216    Chesapeake, VA 23327 |
| 15600930 | Spring Oaks Capital, Llc | P.o. Box 1216    Chesapeake, VA 23327 |
| 15600932 | Sst/seedficr | 4315 Pickett Rd    Saint Joseph, MO 64503 |
| 15600934 | Transworld System Inc | Attn: Bankruptcy    Po Box 15630    Wilmington, DE 19850 |
| 15600933 | Transworld System Inc | Po Box 15095    Wilmington, DE 19850 |
| 15600935 | UPMC | 2 Hot Metal Street, Room 386    Pittsburgh, PA 15203 |
| 15600936 | UPMC | PO Box 371472    Pittsburgh, PA 15250 |
| 15600937 | US Attorney's Office WDPA | Joseph F. Weis, Jr. US Courthouse    700 Grant Street    Suite 4000    Pittsburgh, PA 15219 |
| 15600938 | US Attorney's Office WDPA | Joseph F. Weis, Jr. US Courthouse    700 Grant Street    Suite 4000    Pittsburgh, PA 15219 |
| 15600939 | Varo Bank | 77 Geary Street. Suite 515    San Francisco, CA 94108 |
| 15600940 | Varo Bank | Attn: Bankruptcy    222 Kearny Street 9th Floor    San Francisco, CA 94108 |
| 15600941 | Verizon | 500 Technology Dr    Weldon Spring, MO 63304 |
| 15600942 | Verizon | Verizon Wireless Bk Admin    500 Technology Dr Ste 550    Weldon Springs, MO 63304 |
| 15600943 | Visionary Federal Credit Union | 201 Beram Avenue    Bridgeville, PA 15017 |

TOTAL: 115