# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: admin | Date Created: 09/06/2023 |
| Case: 23–21048–CMB | Form ID: 318 | Total: 121 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Jeffrey J. Sikirica | TrusteeSikirica@gmail.com |
| aty | Jeffrey Hunt | ecfpeoples@grblaw.com |
| aty | Keri P. Ebeck | kebeck@bernsteinlaw.com |
| aty | Lauren M. Lamb | llamb@steidl–steinberg.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Tamarrah Upshaw | 1409 Muldowney Avenue, Apartment 2    Pittsburgh, PA 15207 |
| cr | Duquesne Light Company    c/o Bernstein–Burkley, P.C.    601 Grant Street, 9th Floor    Pittsburgh, PA 15219 |
| cr | Ally Bank, c/o AIS Portfolio Services, LLC    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 |
| cr | Peoples Natural Gas Company LLC    GRB Law    c/o Jeffrey R. Hunt, Esquire    525 William Penn Place, Suite 3110    Pittsburgh, PA 15219 UNITED STATES |
| smg | Pennsylvania Dept. of Revenue    Department 280946    P.O. Box 280946    ATTN: BANKRUPTCY DIVISION    Harrisburg, PA 17128–0946 |
| smg | Pennsylvania Department of Revenue    Bankruptcy Division    P.O. Box 280946    Harrisburg, PA 17128–0946 |
| 15600835 | Affirm, Inc.    650 California St Fl 12    San Francisco, CA 94108 |
| 15600836 | Affirm, Inc.    650 California St Fl 12    San Francisco, CA 94108 |
| 15600837 | Affirm, Inc.    650 California St Fl 12    San Francisco, CA 94108 |
| 15600838 | Affirm, Inc.    Attn: Bankruptcy    650 California St, Fl 12    San Francisco, CA 94108 |
| 15600839 | Affirm, Inc.    Attn: Bankruptcy    650 California St, Fl 12    San Francisco, CA 94108 |
| 15600840 | Affirm, Inc.    Attn: Bankruptcy    650 California St, Fl 12    San Francisco, CA 94108 |
| 15600841 | Allegheny County Criminal Division    114 Courthouse    436 Grant Street    Pittsburgh, PA 15219 |
| 15600843 | Ally Financial, Inc    Attn: Bankruptcy    500 Woodard Ave    Detroit, MI 48226 |
| 15600842 | Ally Financial, Inc    P.o. Box 380901    Bloomington, MN 55438 |
| 15600845 | AmeriCredit/GM Financial    Attn: Bankruptcy    Po Box 183853    Arlington, TX 76096 |
| 15600844 | AmeriCredit/GM Financial    Po Box 181145    Arlington, TX 76096 |
| 15600847 | Aspire Credit Card    Attn: Bankruptcy    Po Box 105555    Atlanta, GA 30348 |
| 15600846 | Aspire Credit Card    Po Box 105555    Atlanta, GA 30348 |
| 15600848 | Avant LLC    222 W Merchandise Mart Plaza    Chicago, IL 60654 |
| 15600849 | Avant LLC    Attn: Bankruptcy    Po Box 9183380    Chicago, IL 60691 |
| 15600851 | Avant/WebBank    222 North Lasalle Street    Suite 1600    Chicago, IL 60601 |
| 15600850 | Avant/WebBank    222 W Merchandise Mart Plaza    Chicago, IL 60654 |
| 15600852 | Bernard Christopher John, Esq.    AAS Debt Recovery, Inc.    2526 Monroeville Blvd., Suite 205    Monroeville, PA 15146 |
| 15600853 | Bryant State Bank    500 E. 60th Street North    Sioux Falls, SD 57104 |
| 15600854 | Bryant State Bank    Attn: Bankruptcy    Po Box 215    Bryant, SD 57221 |
| 15600855 | Coastl/prosp    221 Main Street    San Francisco, CA 94105 |
| 15600856 | Coastl/prosp    Attn: Bankruptcy Dept    221 Main Street, Ste 400    San Francisco, CA 94105 |
| 15600858 | Comenity Bank/Victoria Secret    Attn: Bankruptcy    Po Box 182125    Columbus, OH 43218 |
| 15600857 | Comenity Bank/Victoria Secret    Po Box 182789    Columbus, OH 43218 |
| 15600860 | Comenity Bank/Zales    Attn: Bankruptcy    Po Box 182125    Columbus, OH 43218 |
| 15600859 | Comenity Bank/Zales    Po Box 182120    Columbus, OH 43218 |
| 15600862 | Comenity Bk/Ulta    Attn: Bankruptcy Dept    Po Box 182125    Columbus, OH 43218 |
| 15600861 | Comenity Bk/Ulta    Po Box 182120    Columbus, OH 43218 |
| 15600863 | Continental Finance Co    Pob 8099    Newark, DE 19714 |
| 15600865 | Crescent Bank & Trust, Inc.    Attn: Bankruptcy    Po Box 61813    New Orleans, LA 70161 |
| 15600864 | Crescent Bank & Trust, Inc.    Po Box 2460    Chesapeake, VA 23327 |
| 15600866 | Dept Of Education/neln    Po Box 82561    Lincoln, NE 68501 |
| 15600867 | Dept Of Education/neln    Po Box 82561    Lincoln, NE 68501 |
| 15600868 | Dept Of Education/neln    Po Box 82561    Lincoln, NE 68501 |
| 15600869 | Dept Of Education/neln    Po Box 82561    Lincoln, NE 68501 |
| 15600870 | Dept Of Education/neln    Po Box 82561    Lincoln, NE 68501 |
| 15600871 | Dept Of Education/neln    Po Box 82561    Lincoln, NE 68501 |
| 15600872 | Dept Of Education/neln    Po Box 82561    Lincoln, NE 68501 |
| 15600873 | Dept Of Education/neln    Po Box 82561    Lincoln, NE 68501 |
| 15600874 | Dept Of Education/neln    Po Box 82561    Lincoln, NE 68501 |
| 15600875 | Dept Of Education/neln    Po Box 82561    Lincoln, NE 68501 |
| 15600876 | Dept Of Education/neln    Po Box 82561    Lincoln, NE 68501 |
| 15600877 | Dept Of Education/neln    Po Box 82561    Lincoln, NE 68501 |
| 15600878 | Dept Of Education/neln    Doc Box 82561    Lincoln, NE 68501 |
| 15600879 | Dept Of Education/neln    Po Box 82561    Lincoln, NE 68501 |
| 15600880 | Diehl Automotive    6181 Steubenville Pike    Mc Kees Rocks, PA 15136 |
| 15600882 | Discover Financial    Attn: Bankruptcy    Po Box 3025    New Albany, OH 43054 |
| 15600881 | Discover Financial    Po Box 30939    Salt Lake City, UT 84130 |

15600883   Dustin Lawson       356 Logan Road       Imperial, PA 15126
15600885   Enhanced Recovery Company       Attn: Bankruptcy       8014 Bayberry Road       Jacksonville, FL 32256
15600884   Enhanced Recovery Company       Po Box 57547       Jacksonville, FL 32241
15600886   Fingerhut Fetti/Webbank       13300 Pioneer Trail       Eden Prairie, MN 55347
15600887   Fingerhut Fetti/Webbank       Attn: Bankruptcy       6250 Ridgewood Road       Saint Cloud, MN 56303
15600888   First Access       PO Box 5220       Sioux Falls, SD 57117−5220
15600889   First National Bank of PA       c/o AAS Debt Recovery Inc.       P. O. Box 129       Monroeville, PA
           15146
15600890   First National Bank/Legacy       500 East 60th St North       Sioux Falls, SD 57104
15600891   First National Bank/Legacy       Attn: Bankruptcy       Po Box 5097       Sioux Falls, SD 57117
15600892   First Premier Bank       3820 N Louise Ave       Sioux Falls, SD 57107
15600893   First Premier Bank       3820 N Louise Ave       Sioux Falls, SD 57107
15600894   First Premier Bank       Attn: Bankruptcy       Po Box 5524       Sioux Falls, SD 57117
15600895   First Savings Bank       500 East 60th St North       Sioux Falls, SD 57104
15600896   First Savings Bank       Attn: Bankruptcy       P.O. Box 5019       Sioux Falls, SD 57117
15600897   First Savings Bank/Blaze       500 E. 60th Street       Sioux Falls, SD 57104
15600898   First Savings Bank/Blaze       Attn: Bankruptcy       Po Box 5096       Sioux Falls, SD 57117
15600900   Fortiva       Attn: Bankruptcy       Po Box 105555       Atlanta, GA 30348
15600899   Fortiva       Po Box 105555       Atlanta, GA 30348
15600903   Genesis FS Card       Attn: Bankruptcy       Po Box 4477       Beaverton, OR 97076
15600902   Genesis FS Card       Po Box 4499       Beaverton, OR 97076
15600901   Genesis Financial       Po Box 4499       Beaverton, OR 97076
15600904   IRS       PO Box 7346       Philadelphia, PA 19101−7346
15600905   IRS       PO Box 7346       Philadelphia, PA 19101−7346
15600906   Louis John Kroeck, Esq.       12th Fl. Park Building       355 Fifth Avenue       Pittsburgh, PA 15222
15600907   Magisterial District 05−2−27       Honorable Eugene Ricciardi       Maul Building, Suite 300       1700 East
           Carson St.       Pittsburgh, PA 15203
15600908   Magisterial District Judge 05−2−21       Honorable Maureen McGraw−Desmet       295 Millers Run
           Road       Bridgeville, PA 15017
15600909   Magisterial District Judge 05−2−23       Honorable Jack Kobistek       136 Bradford Avenue       Pittsburgh, PA
           15205
15600910   Magisterial District Judge 05−2−43       Honorable Carla M. Swearingen       5624 Steubenville Pike       Mc
           Kees Rocks, PA 15136
15600912   Merrick Bank/CCHoldings       Attn: Bankruptcy       P.O. Box 9201       Old Bethpage, NY 11804
15600911   Merrick Bank/CCHoldings       Po Box 9201       Old Bethpage, NY 11804
15600913   PA Attorney General       16th Floor       Strawberry Square       Harrisburg, PA 17120
15600914   PA Dept. of Revenue       PO Box 280946       Harrisburg, PA 17128−0946
15600915   Paac Trans Division Fc       219 Fort Pitt Blvd       Pittsburgh, PA 15222
15601932   Pennsylvania Department of Revenue       Bankruptcy Division PO Box 280946       Harrisburg, PA
           17128−0946
15600916   Portfolio Recovery Associates, LLC       120 Corporate Blvd Ste 100       Norfolk, VA 23502
15600917   Portfolio Recovery Associates, LLC       Attn: Bankruptcy       120 Corporate Boulevard       Norfolk, VA
           23502
15600918   Priceline       c/o Barclays Bank Delaware       PO Box 8801       Wilmington, DE 19899−8801
15600922   Resurgent Capital Services       Attn: Bankruptcy       Po Box 10497       Greenville, SC 29603
15600923   Resurgent Capital Services       Attn: Bankruptcy       Po Box 10497       Greenville, SC 29603
15600924   Resurgent Capital Services       Attn: Bankruptcy       Po Box 10497       Greenville, SC 29603
15600919   Resurgent Capital Services       C/o Resurgent Capital Services       Greenville, SC 29602
15600920   Resurgent Capital Services       C/o Resurgent Capital Services       Greenville, SC 29602
15600921   Resurgent Capital Services       C/o Resurgent Capital Services       Greenville, SC 29602
15600925   Riva Ridge Real Estate Services, Inc.       2116 Merriman Way       Pittsburgh, PA 15203
15600926   Selfinc/lead       901 E. 6th Street       Austin, TX 78702
15600927   Selfinc/lead       Attn: Bankruptcy       1801 Main St       Kansas City, MO 64108
15600928   Seventh Ave/Swiss Colony Inc.       1112 7th Ave       Monroe, WI 53566
15600929   Seventh Ave/Swiss Colony Inc.       Attn: Bankruptcy       1112 7th Ave       Monroe, WI 53566
15600931   Spring Oaks Capital, Llc       Attn: Bankruptcy       P.O. Box 1216       Chesapeake, VA 23327
15600930   Spring Oaks Capital, Llc       P.o. Box 1216       Chesapeake, VA 23327
15600932   Sst/seedficr       4315 Pickett Rd       Saint Joseph, MO 64503
15600934   Transworld System Inc       Attn: Bankruptcy       Po Box 15630       Wilmington, DE 19850
15600933   Transworld System Inc       Po Box 15095       Wilmington, DE 19850
15600935   UPMC       2 Hot Metal Street, Room 386       Pittsburgh, PA 15203
15600936   UPMC       PO Box 371472       Pittsburgh, PA 15250
15600937   US Attorney's Office WDPA       Joseph F. Weis, Jr. US Courthouse       700 Grant Street       Suite
           4000       Pittsburgh, PA 15219
15600938   US Attorney's Office WDPA       Joseph F. Weis, Jr. US Courthouse       700 Grant Street       Suite
           4000       Pittsburgh, PA 15219
15600939   Varo Bank       77 Geary Street. Suite 515       San Francisco, CA 94108
15600940   Varo Bank       Attn: Bankruptcy       222 Kearny Street 9th Floor       San Francisco, CA 94108
15600941   Verizon       500 Technology Dr       Weldon Spring, MO 63304
15600942   Verizon       Verizon Wireless Bk Admin       500 Technology Dr Ste 550       Weldon Springs, MO
           63304
15600943   Visionary Federal Credit Union       201 Beram Avenue       Bridgeville, PA 15017

                                                                                            TOTAL: 116